# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM CATE, et al,<br><br>        Defendants. | Case No. 5:11-cv-00016-LHK<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION CUT-OFF DEADLINE**<br><br>[PROPOSED]<br><br>Judge:    Honorable Lucy H. Koh |

The Court hereby grants the Joint Stipulation of the parties for an order extending the summary judgment cutoff date in this case as follows:

1. After ruling on Defendants' Motion(s) to Dismiss, the parties shall have 120 days thereafter to file a summary judgment motion.

2. Plaintiff shall have thirty days after defendants' file their summary judgment motion(s) to file an opposition; and

3. That Defendants shall file a reply brief within fifteen days after the court's filing of Plaintiff's opposition.

IT IS SO ORDERED:

Dated: __11/22__, 2011

Honorable Lucy H. Koh
United States District Court Judge

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4814-0268-9806 v1

- 1 -

5:11-CV-00016-LHK
[PROPOSED] ORDER

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Susan E. Coleman, (SBN 171832)<br>E-mail:  scoleman@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400 |
| 4 | Los Angeles, CA  90071-2953<br>Tel:  213.236.0600   Fax:  213.236.2700 |
| 5 | |
| 6 | Attorneys for Defendant<br>D. SHORT |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-0268-9806 v1

- 2 -

5:11-CV-00016-LHK
[PROPOSED] ORDER