1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   MARK ROBERT QUIROZ,                    Case No.  5:11-cv-00016-LHK

12               Plaintiff,                 **ORDER GRANTING JOINT
                                            STIPULATION TO CONTINUE
13   v.                                     MOTION CUT-OFF DEADLINE**

14   WILLIAM CATE, et al,                   [PROPOSED]

15               Defendants.                Judge:     Honorable Lucy H. Koh

16

17          The Court hereby grants the Joint Stipulation of the parties for an order

18   extending the summary judgment cutoff date in this case as follows:

19          1.     After ruling on Defendants' Motion(s) to Dismiss, the parties shall

20   have 120 days thereafter to file a summary judgment motion.

21          2.     Plaintiff shall have thirty days after defendants' file their summary

22   judgment motion(s) to file an opposition; and

23          3.     That Defendants shall file a reply brief within fifteen days after the

24   court's filing of Plaintiff's opposition.

25          IT IS SO ORDERED:

26

27   Dated: _____11/22_____, 2011     _____
                                         Honorable Lucy H. Koh
28   ///                                 United States District Court Judge

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4814-0268-9806 v1                    - 1 -              5:11-CV-00016-LHK
                                                           [PROPOSED] ORDER

1   Respectfully submitted,

2   Susan E. Coleman, (SBN 171832)
    E-mail:  scoleman@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
4   Los Angeles, CA  90071-2953
    Tel:  213.236.0600 Fax:  213.236.2700
5
    Attorneys for Defendant
6   D. SHORT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-0268-9806 v1

- 2 -

5:11-CV-00016-LHK
[PROPOSED] ORDER