IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ROBERT QUIROZ,

    Plaintiff,

v.

MATTHEW CATE, et al.,

    Defendants.

No. C 11-0016 LHK (PR)

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION

(Docket No. 140)

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 2, 2012, Defendant Short filed a motion to dismiss or strike claims of Plaintiff's first amended complaint. (Doc. No. 134.) On May 18, 2012, Plaintiff filed a motion for extension of time to file an opposition to Defendant Short's motion. (Doc. No. 140.) On May 23, 2012, Defendant Short filed a statement of non-opposition to Plaintiff's motion for an extension of time. (Doc. No. 141.) Good cause appearing, Plaintiff's motion is GRANTED. Petitioner shall file an opposition within 28 days from the filing date of this order.

    This order terminates docket number 140.

    IT IS SO ORDERED.

DATED: 6/1/12

LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Ext. Of Time to file Opp.
G:\PRO-SE\SJ.LHK\CR.11\Quiroz016eot.wpd