IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants.<br>_____ | No. C 11-0016 LHK (PR)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION<br><br><br><br>(Docket No. 155) |

    Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. Counsel for Defendants requested and received an extension of time to file a dispositive motion to September 7, 2012. (Docket No. 153.) Defendants now request a sixty day extension of time. (Docket No. 155.)

    Good cause having been shown, Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion **no later than November 6, 2012.** Plaintiff shall file an opposition within twenty-eight (28) days after the filing date of Defendants' motion and Defendants shall file a reply fourteen (14) days thereafter.

    This order terminates docket number 155.

    IT IS SO ORDERED.

DATED:  9/12/12

LUCY H. KOH
United States District Judge

Order Granting Defendants' Second Motion for Ext. of Time to File Dispositive Motion
G:\PRO-SE\SJ.LHK\CR.11\Quiroz016eot_mtd.wpd