IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. HOREL, et al.,<br><br>　　　　Defendants.<br>_____ | ) No. C 11-0016 LHK (PR)<br>)<br>) ORDER ADDRESSING PENDING<br>) MOTIONS<br>)<br>) (Docket Nos. 159, 160, 161, 164)<br>)<br>)<br>)<br>)<br>)<br>) |

On January 4, 2011, Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Upon initial screening, the Court partially dismissed Plaintiff's complaint, and ordered it served upon named Defendants. Over one year later, on March 8, 2012, Plaintiff filed a motion for leave to file an amended complaint. The Court granted Plaintiff's motion. Thereafter, Defendant Short filed a motion to dismiss. On August 6, 2012, the Court granted in part and denied in part Defendant Short's motion to dismiss, and ordered further briefing. Plaintiff has filed, *inter alia*, another motion for leave to amend, as well as a proposed second amended complaint. All Defendants have filed a notice of non-opposition to Plaintiff's request to file a second amended complaint. Under Federal Rule of Civil Procedure 15(a)(2), the Court GRANTS Plaintiff's motion for leave to file a second amended complaint. (Docket No. 161.) The Clerk shall file Plaintiff's proposed second amended complaint. (Docket No. 162.) So filed, the second amended complaint is now the operative complaint.

As such, the Court VACATES Defendants' deadlines for filing a dispositive motion. The Court DENIES Plaintiff's motion for a Court order compelling prison officials to obtain declarations as moot. (Docket No. 159.) Defendant Short's motion for an extension of time to file a motion for summary judgment is DENIED as moot. (Docket No. 160.) Defendant Short's motion to vacate the dispositive motion deadline is GRANTED. (Docket No. 164.)

The Court will screen Plaintiff's second amended complaint in a separate order. The parties are advised that, due to the age of this case, the Court will only consider requests for an extension of time which are supported by a showing of good cause.

This order terminates docket numbers 159, 160, 161, and 164.

IT IS SO ORDERED.

DATED: 11/6/12

LUCY H. KOH
United States District Judge