IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No. C 11-0016 LHK (PR)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br><br><br>(Docket No. 177) |

    Plaintiff, a state prisoner proceeding *pro se*, filed a third amended civil rights complaint pursuant to 42 U.S.C. § 1983. On July 16, 2013, the court issued an order of service and directed defendants to file a dispositive motion or notice that such motion is not warranted within ninety days. Plaintiff has filed a motion for appointment of counsel, a declaration, and a memorandum of points and authorities in support of his motion. Defendant Short filed an opposition to plaintiff's motion, and plaintiff has filed a reply.

    After reading and considering the pleadings, the court **DENIES** plaintiff's motion for appointment of counsel as premature and wanting of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services,* 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and plaintiff has thus far been able to adequately present his claims. This denial is without prejudice to the court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

Order Denying Plaintiff's Motion for App. of Counsel
G:\PRO-SE\LHK\CR.11\Quiroz016denyatty.wpd

1       This order terminates docket number 177.

2       IT IS SO ORDERED.

3  DATED: 8/19/13

   _____
   LUCY H. KOH
   United States District Judge