IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MARK ROBERT QUIROZ,** <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM CATE, et al.,** <br><br> Defendants. | C 11-0016 LHK (PR) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants McGuyer, Cate, Akin, Brandon, Pimentel, Coulter, Burris, Pena, D. Barneburg, Countess, Winningham, J. Barneburg, Wilber, Horel, Dornback, Jacquez, D'Errico, Hernandez, Nimrod, Lewis, Rice, and Puente have moved for a fourteen-day extension, up to and including October 29, 2013, in which to file a dispositive motion.  The Court has read and considered Defendants' motion to change time and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED.  The time in which Defendants may file a dispositive motion is extended up to and including October 29, 2013.

//

1

[Proposed] Order Grant. Defs.' Mot. Change Time to File Disp. Mot.   *Quiroz v. Cate, et. al.* (C 11-0016 LHK (PR))

1  Plaintiff shall file an opposition within twenty-eight days of Defendants filing their motion.
2  Defendants may thereafter file a reply to Plaintiff's opposition within fourteen days of the receipt
3  and filing of the opposition with the Court.

4

5  Dated:   10/21/13                            *Lucy H. Koh*
                                                 _____
6                                                LUCY H. KOH
                                                 United States District Judge
7

8  SF2011202147
9  40791158.doc

2

[Proposed] Order Grant. Defs.' Mot. Change Time to File Disp. Mot.   *Quiroz v. Cate, et. al*. (C 11-0016 LHK (PR))