IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM CATE, et al.,<br><br>　　　　　　　　　　　Defendants. | C 11-0016 LHK (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT |

　　　Defendants McGuyer, Cate, Akin, Brandon, Pimentel, Coulter, Burris, Pena, D. Barneburg, Countess, Winningham, J. Barneburg, Wilber, Horel, Dornback, Jacquez, D'Errico, Hernandez, Nimrod, Lewis, Rice, and Puente filed a request under Local Rule 7-11 for leave to file a brief supporting their motions to dismiss and for summary judgment that is up to 50 pages in length. The Court has read and considered Defendants' request, and good cause appearing,

//

//

//

//

//

1

[~~Proposed~~] Order Granting Defs.' Request Exceed Page Limit　　　*Quiroz v. Cate, et al.* (C 11-0016 LHK (PR))

1  IT IS HEREBY ORDERED that Defendants' request for leave to file a brief supporting
2  their motions to dismiss and for summary judgment that is up to 50 pages in length is
3  GRANTED.

5  Dated:   12/3/13                                         *Lucy H. Koh*
                                                            LUCY H. KOH
6                                                           United States District Judge

8  SF2011202147
   40802213.doc

2

[Proposed] Order Granting Defs.' Request Exceed Page Limit     *Quiroz v. Cate, et al.*  (C 11-0016 LHK (PR))