Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
Ulysses L. Aguayo, (SBN 285400)
E-mail: uaguayo@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
D. SHORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM CATE, et al,<br><br>　　　　　Defendants. | Case No. 5:11-cv-00016-LHK<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMITS FOR THE SUMMARY JUDGMENT MOTION**<br><br>[~~PROPOSED~~] |

　　　Good cause having been shown, the Court hereby grants the Ex Parte Application of Defendant D. SHORT for an order granting leave to file a 38 page motion for summary judgment.

　　　IT IS SO ORDERED:

Dated: ___12/3___, 2013              _Lucy H. Koh_____
　　　　　　　　　　　　　　　　　Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4817-6404-5843 v1    - 1 -    5:11-CV-00016-LHK
PROPOSED ORDER GRANTING LEAVE
TO EXCEED PAGE LIMITS

1 | Respectfully Submitted,

2 | Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
3 | Ulysses L. Aguayo, (SBN 285400)
E-mail: uaguayo@bwslaw.com
4 | BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
5 | Los Angeles, CA  90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

6

7 | Attorneys for Defendant
D. SHORT

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4817-6404-5843 v1

- 2 -

5:11-CV-00016-LHK
PROPOSED ORDER GRANTING LEAVE
TO EXCEED PAGE LIMITS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071.

On October 10, 2013, I served the document described as: ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMITS FOR THE SUMMARY JUDGMENT MOTION [PROPOSED] on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Mark Robert Quiroz, #C50887
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500

*PLAINTIFF IN PRO SE*

☒ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on October 10, 2013 at Los Angeles, California.

*Julie D. Anderson*
Julie D. Anderson

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4817-6404-5843 v1

- 3 -

5:11-CV-00016-LHK
PROPOSED ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS