IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT A. HOREL, et al.,<br><br>    Defendants. | No. C 11-0016 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT DEVAN HAWKES<br><br>(Docket No. 236) |

On July 16, 2013, plaintiff, a state prisoner proceeding *pro se*, filed a third amended civil rights complaint pursuant to 42 U.S.C. § 1983. Upon screening, the court ordered it served upon named defendants. (Docket No. 181.) On October 23, 2013, a summons was returned unexecuted for defendant Devan Hawkes because he had "retired with no forwarding information." (Docket No. 202.) On December 18, 2013, the court directed plaintiff to file a notice with the court containing a current and accurate address for defendant Devan Hawkes such that the Marshal is able to effect service. (Docket No. 230.) On January 24, 2014, plaintiff filed a motion to voluntarily dismiss defendant Devan Hawkes from this action. (Docket No. 236.)

Plaintiff's motion is **GRANTED**. Defendant Devan Hawkes is **DISMISSED** without prejudice. The clerk shall terminate said defendant from this action.

This order terminates docket number 236.

IT IS SO ORDERED.

DATED:  2/25/14                                         *Lucy H. Koh*

Order Granting Plaintiff's Mot. to Dismiss Def. Devan Hawkes
P:\PRO-SE\LHK\CR.11\Quiroz016dism-Hawkes.wpd

LUCY H. KOH
United States District Judge