1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

MARK ROBERT QUIROZ,                    )   No. C 11-0016 LHK (PR)
11                                       )
            Plaintiff,                   )   ORDER GRANTING MOTION FOR
12                                       )   AN EXTENSION OF TIME TO FILE
                                         )   AN OPPOSITION
13      v.                               )
                                         )
14   ROBERT A. HOREL, et al.,            )
                                         )
15          Defendants.                  )
     _____ )   (Docket No. 240)
16

17        On July 16, 2013, plaintiff, a state prisoner proceeding *pro se*, filed a third amended civil

18   rights complaint pursuant to 42 U.S.C. § 1983.  On October 29, 2013, defendants filed a motion

19   to dismiss and motion for summary judgment.  (Docket No. 206.)

20        Plaintiff has also filed a motion for extension of time to file an opposition to defendants'

21   motions.  (Docket No. 240.)  Plaintiff's motion is **GRANTED**.  Plaintiff's opposition to

22   defendants' motion for summary judgment and motion to dismiss is due **no later than May 26,**

23   **2014**.  Defendants shall file their reply within fourteen days thereafter.  The court is not inclined

24   to grant any further requests for an extension of time.

25        This order terminates docket number 240.

26        IT IS SO ORDERED.

27   DATED: ___4/8/14___                    _Lucy H. Koh_____
                                            LUCY H. KOH
28                                          United States District Judge

Order Granting Motion for an Extension of Time to File an Opposition
P:\PRO-SE\LHK\CR.11\Quiroz016eot-opp.wpd