IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK ROBERT QUIROZ, | ) | No. C 11-0016 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR EXTENSION OF |
| | ) | TIME; GRANTING DEFENDANT |
| v. | ) | SHORT'S MOTION FOR |
| | ) | EXTENSION OF TIME; GRANTING |
| ROBERT A. HOREL, et al., | ) | IN PART DEFENDANTS' MOTION |
| | ) | FOR EXTENSION OF TIME |
| Defendants. | ) | |
| _____ | ) | (Docket Nos. 250, 254, 258.) |

On July 16, 2013, plaintiff, a state prisoner proceeding *pro se*, filed a third amended civil rights complaint pursuant to 42 U.S.C. § 1983. On April 11, 2014, defendant Short filed a motion for summary judgment. On May 9, 2014, plaintiff filed a motion for extension of time to file an opposition. Plaintiff's motion is GRANTED. Plaintiff's opposition, filed on May 30, 2014, is deemed timely filed. (Docket No. 253.)

In response to plaintiff's opposition, defendant Short filed a motion to strike plaintiff's 68-page opposition because it violates Civil Local Rule 7-4, which provides that opposition briefs may not exceed 25 pages of text unless expressly approved by the court. *See* Civ. L.R. 7-4(b). Alternatively, defendant Short requests a fifteen day extension of time in which to file a reply. The court notes that defendant Short previously requested, and was granted, leave to file a motion for summary judgment in excess of the page limits. (Docket No. 226.) In consideration of that fact, as well as the fact that plaintiff has raised several claims against defendant Short,

alleging facts spanning over the course of several years, the court will allow plaintiff to file an opposition in excess of the page limits set forth in the local rules.  Defendant Short's alternative request for an extension of time is GRANTED.  (Docket No. 258.)  Defendant Short's reply shall be filed no later than **fifteen days** from the filing date of this order.

Most of the remaining defendants – McGuyer, Cate, Akin, Brandon, Pimentel, Coulter, Burris, Pena, D. Barneburg, Countess, Winningham, J. Barneburg, Wilber, Horel, Dornback, Jacquez, D'Errico, Hernandez, Nimrod. Lewis, Rice, and Puente – had also filed a motion to dismiss and motion for summary judgment.  On May 13, 2014, the court denied both motions without prejudice, and directed defendants to file a comprehensive motion for summary judgment within thirty days.  On June 11, 2014, defendants filed a motion for an extension of time to file a motion for summary judgment.  Defense counsel declared that, since the filing of these defendants' previously filed motion for summary judgment, six new defendants have been served and those six defendants have several new claims associated with them.  Defense counsel requests an extension of time up to August 26, 2014.  The court will GRANT in part defendants' motion for an extension of time.  Defendants' motion for summary judgment shall be filed **no later than August 1, 2014**.  Plaintiff's opposition will be due **twenty-eight days** thereafter.  Defendants' reply is due **fourteen days** after the filing of plaintiff's opposition.

**Absent exigent circumstances and a showing of good case, no further requests for an extension of time will be granted.**

This order terminates docket numbers 250, 254, and 258.

IT IS SO ORDERED.

DATED:  6/20/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time; Granting Defendant Short's Motion for  Extension of Time; Granting in Part Defendants' Motion for Extension of Time
P:\PRO-SE\LHK\CR.11\Quiroz016eotall.wpd        2