UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT A. HOREL, et al.,<br><br>    Defendants.<br>_____/ | Case No. 5:11-cv-00016 LHK (NC)<br><br>ORDER REGARDING VIDEO CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Pursuant to this Court's Notice of Settlement Conference, the settlement conference is scheduled for August 27, 2015 at 9:30 a.m. in Courtroom 7, 4th Floor, 280 South First Street, San Jose.

    Plaintiff shall appear at the settlement conference via video conference. Authorities at California Correctional Institution at Tehachapi are directed to contact the Court's Courtroom Technology Specialist, Jackson Xu at 408.535.5384, Jackson_Xu@cand.uscourts.gov, to coordinate the video conference appearance.

IT IS SO ORDERED.

Dated: July 15, 2015

                                                  NATHANAEL COUSINS<br>                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ROBERT QUIROZ, | No. 5:11-cv-00016 LHK (NC) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ROBERT A. HOREL, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California, and that on July 15, 2015 I served a true and correct copy of the attached, via email to the following:

Terri Jones
terri.jones@cdcr.ca.gov

Ada Miles
ada.miles@cdcr.ca.gov

RICHARD W. WIEKING, CLERK

By: /s/ Lili M. Harrell
Lili M. Harrell, Deputy Clerk

2