IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROBERT QUIROZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>WILLIAM CATE, et al.,<br><br>    Defendants. | No. C 11-0016 LHK (PR)<br><br>ORDER DISMISSING ACTION |

    This pro se prisoner civil rights case was referred to Magistrate Judge Cousins for court-ordered settlement proceedings. After settlement proceedings proved unsuccessful, the court referred the case to the Federal Pro Bono Project to locate counsel to represent plaintiff at trial. On October 2, 2015, defendants filed a notice that the parties have reached a settlement agreement, and the case has completely settled. Accordingly, this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court shall terminate any pending motions and close the file.

    IT IS SO ORDERED.

DATED:  October 5, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge